**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

## IRIZARRY, J.

DARNELL ROUTIER 4410805089
Full name of plaintiff/prisoner ID#

## BLOOM, M.J.

Plaintiff,

JURY TRIAL DEMAND
YES ✓    NO ____

-against-
SGT O'HARA       PCT # 113
DET BARRY BROWN PCT. # 113
DET PAUL BROWN   PCT # 113

RECEIVED

JUN    2008

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

PRO SE OFFICE

Defendants.
------------------------------------------------x

I.    Previous Lawsuits:   N/A

    A.    Have you begun other lawsuits in state or federal court
dealing with the same facts involved in this action or
otherwise relating to your imprisonment? Yes ( ) No ( )

    B.    If your answer to A is yes, describe each lawsuit in the space below
(If there is more than one lawsuit, describe the additional lawsuits
on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs:    _____

                    _____

            Defendants:    _____

                    _____

        2. Court (if federal court, name the district;
          if state court, name the county)
        N/A _____

        3. Docket Number: N/A _____

1

4. Name of the Judge to whom case was assigned: _____ N/A _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____ N/A _____

II.    Place of Present Confinement: _NIC - Annex_ 1500 HAZEN ST. E. Elmhurst N4 11370

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is YES,

1. What steps did you take? _____ N/A _____

_____

2. What was the result? _____ N/A _____

_____

D. If your answer is NO, explain why not _MATTER NOT WITHIN THEIR PURVEIW._

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

F. If your answer is YES,

1. What steps did you take? _____ N/A _____

_____

2. What was the result? _____ N/A _____

_____

2

III.    Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff DARNELL ROUTIER

Address 1500 HAZEN ST. EAST ELMHURST QUEENS N.Y 11370

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    SGT O'HARA        PCT. #113
                   167-02 BAISLEY BOULEVARD
                   PCT #113

Defendant No. 2    DET BARRY BROWN    PCT. #113
                   167-02 BAISLEY BOULEVARD
                   PCT #113

Defendant No. 3    DET PAUL BROWN,  PCT. #113
                   167-02 BAISLEY BOULVEARD
                   PCT #113

Defendant No. 4    _____
                   _____
                   _____

Defendant No. 5    _____
                   _____
                   _____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On April 19, 2008 about 9:20 in Queens County in NYC
I was shot by members of New York Police Department,
while I was minding my own business, and bruturlly
assaulted by those same members SGT. Terrance O'HARA, DET.
Barry Brown, and DET. Paul BROWN, while they were torturing
me, by pressing their feet and hands, into my bullet wounds. I
was screaming out for pain, while they tormenting me by
saying, "Look What YOUR BLACKASS Made ME DO, today I
should have killed you, and then hit me in the head with
his gun barrel.

IV. A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Gun shot wounds to the right arm and right leg,
massive blood lost and hand trAmua.

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

Compensatory that in the amount of injuries plaintiff sustain, 10 million dollars from each defendant SGT. Terrance O'Hara, DET Paul Brown, and Barry Brown punitive damages in the amount of 10 million dollars, from each defendant, and declortory judgment and injuntive relief. Total amount of damages 10 million dollars.

I declare under penalty of perjury that on _____, I delivered this
                                              (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this _____ day of _____, 20___. I declare under penalty of

perjury that the foregoing is true and correct.

Darnell Routier
Signature of Plaintiff

NIC-ANNEX
Name of Prison Facility

1500 HAZEN STREET
EAST Elmhurst, NY 11370

Address

441-08-05089
Prisoner ID#

5