

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MORGAN D. KUNZ
*Assistant Corporation Counsel*
Phone: (212) 788-0422
Fax: (212) 788-9776
mkunz@law.nyc.gov

November 30, 2009

**BY E.C.F.**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Darnell Routier v. Sgt. O'Hara, et. al.
08 Civ. 2666 (CBA) (LB)

Your Honor:

   I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants Barry Brown and Paul Brown write, in accordance with the Court's October 1, 2009 order, with an update on the status of plaintiff's pending criminal prosecution.

   Upon information and belief, plaintiff's criminal case is still pending. Plaintiff is next scheduled to appear in Queens County Supreme Court Criminal Term on December 1, 2009. As the pending criminal prosecution and this civil lawsuit stem from the same incident, defendants Barry Brown and Paul Brown respectfully request that this federal civil case remain stayed pending resolution of the parallel state court criminal prosecution.

   Defendants thank the Court for its time and consideration of this request.

*The Stay shall remain in place.*
The application is
SO ORDERED. ✓ granted. *Defendants' counsel*
     — denied. *shall update the*

/S/
Lois Bloom, U.S.M.J.
Dated: 12/1/09
  Brooklyn, New York

*Court on the status*
*of plaintiff's criminal*
*case by 2/15/10.*

Respectfully submitted,

/s/

Morgan Kunz
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Darnell Routier, *Plaintiff Pro Se* (By First Class Mail)
       # 441-08-05089
       George Motchan Detention Center ("GMDC")
       15-15 Hazen Street
       East Elmhurst, New York  11370