

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK

LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

MORGAN D. KUNZ
*Assistant Corporation Counsel*
Phone: (212) 788-0422
Fax: (212) 788-9776
mkunz@law.nyc.gov

May 14, 2010

**BY E.C.F.**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Darnell Routier v. Sgt. O'Hara, et. al.
         08 Civ. 2666 (CBA) (LB)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants Barry Brown and Paul Brown write, in accordance with the Court's February 11, 2010 order, with an update on the status of plaintiff's pending criminal prosecution.

    Upon information and belief, plaintiff's criminal case is still pending. Plaintiff is next scheduled to appear in Queens County Supreme Court Criminal Term on June 3, 2010. It is the defendants' understanding, based on conversations with the assigned Assistant District Attorney, that the criminal trial has not yet begun, but that it is expected to begin in the near future, possibly at the June 3, 2010 court appearance.

    As the pending criminal prosecution and this civil lawsuit stem from the same incident, defendants respectfully request that this federal civil case remain stayed pending resolution of the parallel state court prosecution. Should the Court grant this request, defendants also respectfully request that the next status letter, updating the Court on the criminal proceeding, be due in July.

    Defendants thank the Court for its time and consideration of this request.

The application is ✓ granted. Defendants shall
SO ORDERED.   ___ denied.  advise the Court
                                             regarding the status
/s/                                          of plaintiff's
Lois Bloom, U.S.M.J.                         criminal case
Dated: 5/17/10                               by 7/19/10.
Brooklyn, New York

Respectfully submitted,

/s/

Morgan Kunz
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Darnell Routier, *Plaintiff Pro Se* (By First Class Mail)
# 441-08-05089
George Motchan Detention Center ("GMDC")
15-15 Hazen Street
East Elmhurst, New York 11370