

|  |  |  |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MORGAN D. KUNZ**<br>*Assistant Corporation Counsel*<br>Phone: (212) 788-0422<br>Fax: (212) 788-9776<br>mkunz@law.nyc.gov |

July 15, 2010

**BY E.C.F.**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Darnell Routier v. Sgt. O'Hara, et. al.
           08 Civ. 2666 (CBA) (LB)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants Barry Brown and Paul Brown write, in accordance with the Court's May 17, 2010 order, with an update on the status of plaintiff's pending criminal prosecution.

    Upon information and belief, plaintiff's criminal case is still pending. Plaintiff is next scheduled to appear in Queens County Supreme Court Criminal Term on July 27, 2010. It is the defendants' understanding, based on conversations with the assigned Assistant District Attorney, that the criminal trial is expected to begin in the near future. Unfortunately, however, it is difficult to predict when the trial will commence.

    As the pending criminal prosecution and this civil lawsuit stem from the same incident, defendants respectfully request that this federal civil case remain stayed pending resolution of the parallel state court prosecution. Should the Court grant this request, defendants also respectfully request that the next status letter, updating the Court on the criminal proceeding, be due in September.

    Defendants thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/

Morgan Kunz
Assistant Corporation Counsel
Special Federal Litigation Division

The application is ✓ granted. ___ denied.
SO ORDERED.
/S/
Lois Bloom, U.S.M.J.
Dated: 7/16/10
Brooklyn, New York

cc:   Darnell Routier, *Plaintiff Pro Se* (By First Class Mail)
      # 441-08-05089
      George Motchan Detention Center ("GMDC")
      15-15 Hazen Street
      East Elmhurst, New York  11370